# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Lawrence James Lormand, Jr.,

                      Plaintiffs,       Case No. 26-10744

v.                                  Judith E. Levy
                                  United States District Judge

Amazon.com Services, LLC,

                                  Mag. Judge Anthony P. Patti

                    Defendant.

_____/

## ORDER DENYING WITHOUT PREJUDICE AS MOOT DEFENDANT'S MOTION TO DISMISS [4]

On March 4, 2026, Plaintiff filed the complaint. (ECF No. 1.) On April 2, 2026, Defendant filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). (ECF No. 4.) Plaintiff then filed an amended complaint on April 9, 2026. (ECF No. 7.)[1]

Without expressing any view as to whether the amended complaint cures the purported deficiencies claimed in the motion to dismiss, the

---

[1] On the docket, the filing is titled "ANSWER to Complaint *First Amended Complaint.*" (ECF No. 7.) However, it is clear based on the filing that this was intended to be the First Amended Complaint.

Court denies without prejudice as moot Defendant's motion to dismiss in light of the filing of the amended complaint. "[A]n amended complaint supersedes all prior complaints." *Drake v. City of Detroit*, 266 Fed. App'x 444, 448 (6th Cir. 2008). "It follows that 'motions directed at the superseded pleading,'" such as Defendant's motion here, "generally are to be denied as moot." *Nails v. RPI-Section 8 Housing*, No. 2:17-cv-13702, 2019 WL 1112381, at *4 (E.D. Mich. Mar. 11, 2019) (quoting *Heard v. Strange*, 2:17-cv-13904, 2018 WL 4189652, at *2 (E.D. Mich. June 21, 2018)) (collecting cases) *report and recommendation adopted*, 2018 WL 4184633 (E.D. Mich. Aug. 31, 2018); *see also Braden v. United States*, 817 F.3d 926, 930 (6th Cir. 2016) ("An amended pleading supersedes a former pleading if the amended pleading is complete in itself and does not refer to or adopt a former pleading.") (internal quotation marks omitted).

Plaintiff filed the first amended complaint by right. Fed. R. Civ. P. 15(a)(1)(B) (a complaint may be amended as of right once within 21 days of the filing of a motion to dismiss). The first amended complaint is complete in itself and makes no reference to the initial complaint. Accordingly, Defendant's motion to dismiss (ECF No. 4) is DENIED WITHOUT PREJUDICE AS MOOT.

IT IS SO ORDERED.

Dated: April 17, 2026             s/Judith E. Levy
Ann Arbor, Michigan               JUDITH E. LEVY
                                  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 17, 2026.

                                  s/William Barkholz
                                  WILLIAM BARKHOLZ
                                  Case Manager